UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| | BANKRUPTCY NO. 09-02969W |
| SCOTT A. TIMMER, | |
| JEAN A. TIMMER, | MOTION TO PAY 11 USC SECTION |
| | 347(a) UNCLAIMED FUNDS INTO |
| Debtors. | COURT REGISTRY FUND PURSUANT |
| | TO FRBP 3011 LOCAL RULE 3011 |

     COMES NOW the Chapter 13 Trustee and states to the Court that the following payment is stale-dated. The account of this estate reflects that the following amounts are still on deposit, representing additional funds received:

| | | |
|---|---|---|
| Claim no. 9 | Prairie General LC | Check #247126 |
| | %Mark S. Rolinger | Amount $100.19 |
| | PO Box 627 | Issued 06/09/2014 |
| | Cedar Falls, IA  50613 | |

The Trustee has stopped payment on this check.

     WHEREFORE, it is prayed the Court enter an Order that said sum shall be deposited with the Clerk of the United States Bankruptcy Court for the Northern District of Iowa under the provisions of the Rules of Bankruptcy Procedure and the Bankruptcy Code and the Clerk shall hold said sum under the provisions of the Rules of Bankruptcy Procedure and the Bankruptcy Code for the benefit of said parties.

DATED:  October 21, 2014

/s/ Carol F. Dunbar\
Carol F. Dunbar, #1682\
Chapter 13 Trustee\
531 Commercial Street, Suite 500\
Waterloo, IA 50701\
Telephone: (319) 233-6327\
Fax:  (319) 233-0346